■ SANDRA L. SZPYRKA, Respondent, v PETER SZPYRKA, Appellant. [841 NYS2d 916]—Appeal from an order of the Supreme Court, Oneida County (Samuel D. Hester, J.), entered June 14, 2006. The order, among other things, denied defendant's motion and suspended defendant's visitation rights.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Gorski, Centra, Lunn and Peradotto, JJ.

■ LAURIE ANDERSON, Respondent, v DAVID S. BRODERICK, as Administrator of the Estate of VIVIAN R. GAINER, Deceased, Appellant, et al, Defendant. [841 NYS2d 918]—Appeal from an order of the Erie County Court (Sheila A. DiTullio, J.), entered May 30, 2006. The order affirmed a judgment (denominated order) of the Buffalo City Court (Thomas P. Amadeo, C.J.) entered February 22, 2005.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at County Court. Present—Scudder, P.J., Gorski, Centra, Lunn and Peradotto, JJ.

■ In the Matter of MANITOU SAND & GRAVEL CO., INC., Appellant, et al., Petitioner, v TOWN OF OGDEN et al., Respondents. [841 NYS2d 915]—Appeal from a judgment of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered September 12, 2006 in a proceeding pursuant to CPLR article 78. The judgment dismissed the amended petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Gorski, Centra, Lunn and Peradotto, JJ.